**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:21-cv-00782-MEH

ALI AHMED

    Plaintiff,

        v.

VANESSA HERRERA and LYFT, INC.

    Defendants.

---

**STIPULATION AND NOTICE OF SATISFACTION OF FEE AND COST AWARD**

---

    Plaintiff Ali Ahmed ("Mr. Ahmed") and Defendant Lyft, Inc. ("Lyft"), by and through their respective undersigned counsel of record, hereby submit this Stipulation and Notice of Satisfaction of Fee and Cost Award, and respectfully states as follows:

1. On August 4, 2021, the Court entered an order awarding Mr. Ahmed the amount of $9,575.00 in attorney's fees and costs related to a dispute about whether removal to this Court was proper. *See* Dkt. 39.

2. On August 18, 2021, Lyft submitted payment in the aforementioned amount to Plaintiff's counsel.

3. Therefore, the Parties stipulate that Lyft has rendered payment in full satisfaction of the Court's order as of August 18, 2021.

4845-0499-5063.1

Respectfully submitted this 20th day of August, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/ Jesse D. Rodgers*
Jesse D. Rodgers
Scott Knight
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Tel. 303.861.7760
*Attorneys for Defendant, Lyft, Inc.*

GALPERIN & ASSOCIATES

By: *s/ Lia Rottman*
Jacob Galperin
Lia Rottman
3773 Cherry Creek North Drive, Suite 701E
Denver, Colorado 80209
Tel. 720.501.3451
*Attorneys for Plaintiff, Ali Ahmed*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STIPULATION AND NOTICE OF SATISFACTION OF FEE AND COST AWARD** was filed and served electronically to all known counsel of record via CM/ECF on this 20th day of August, 2021.

*s/ Jesse D. Rodgers*
A duly signed original is on file at the Law Offices of LEWIS BRISBOIS